

# GEHI & ASSOCIATES

### ATTORNEYS & COUNSELLORS AT LAW

104-05 LIBERTY AVE. • OZONE PARK, NY 11417

TEL: (718) 577-0711 • FAX: (718) 263-1685

May 15, 2018

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

    RE:    Camacho v. Aldi Inc. (New York)
             17-cv-08428-JGK

Honorable Koeltl:

    We represent the Plaintiff in the above-captioned action. As noted previously, the parties have reached a settlement in principle. But, the parties are still in settlement conversations. Although the parties are quite close to finalizing a settlement, such finalization has not yet occurred. Accordingly, we respectfully request the Court to restore the above-captioned action to the calendar.

                            Sincerely,

                            /s/

                            Ben Baumgartner
                            GEHI & ASSOCIATES
                            104-05 Liberty Ave.
                            Ozone Park, NY 11417
                            Tel: 718.577.0711
                            Fax: 718.263.1685

                            *Attorneys for Plaintiff*

cc: Samuel Sverdlov